# Exhibit 10

**Lizabeth Paulette Parr Chronology**

**08/28/86:** Dr. Max Heeb, OB-GYN, Sikeston, performed augmentation/mammoplasty with (260cc) silicone gel round single-chambered Dow Corning implants known as Silastic. Dr. Heeb also performed bilateral tubal ligation at same time. (000179)

**05/20/97:** Ms. Parr had first appointment with Dr. Gregory A. Tobin, plastic surgeon, Cape Girardeau. Ms. Parr was worried about having silicone gel implants and wanted them replaced with saline. She also wanted to consider a breast lift. (000171).

**05/21/97**: Dr. Tobin wrote a letter to Ms. Parr's insurance company requesting reimbursement for her implants due to "mild capsular contracture." Her insurance company declined reimbursement on **11/7/97**, stating "removal of the implants does not appear to be medically necessary." (000232-000233)

**03/13/01:** Ms. Parr followed up with Dr. Tobin as she now believed her implants had ruptured. Dr. Tobin reviewed her recent mammograms (**02/15/01** and **03/02/01)** and ultrasound results (**03/02/01**, right breast and **03/12/01**, left breast). He noted some irregularity on the left side that was suspicious for rupture. He recommended removal of the implants, possible capsulectomy and redo augmentation with saline filled implants. (000159-000168):

**04/13/02:** Ms. Parr returned to Dr. Tobin again complaining of ruptured implants. Dr. Tobin found her examination unchanged from the prior year. (000157-000158)

**05/15/02:** Dr. Tobin removed the implants and found the **right** implant significantly damaged and leaking silicone gel on the outside the implant. The left implant was perfectly intact. (000155) He then performed bi-lateral peri-prosthetic capsulectomies and removed the capsules in their entirety and replaced the implants with **McGhan Medical Style 168 (480-510 cc) textured saline implants**. Product identification information: REF:27-168481; RIGHT: PG5493, LOT 567405; LEFT: PG5489, LOT 567405. (006289,006303) The saline implants were filled to their maximum capacity of 510cc and all air was removed from the implants. (000155-000156, 006289)

**08/13/09 and 10/13/09:** Ms. Parr returned to Dr. Tobin complaining of a leaking left breast confirmed by Dr. Tobin. (000148-000149)

**01/20/10:** Dr. Tobin removed the breast implants and performed a bi-lateral formal mastopexy. He noted that the left implant was reduced in volume but the right implant appeared to be full. He did not specifically locate a leak on the left side. He did not perform a capsulectomy. He replaced the implants with **Allergan (500cc) Natrelle 120 high profile, silicone gel, textured implants**.

Product identification information: REF;120-500; RIGHT: SN-14436587; LEFT: SN-14217811. (006303) He specifically noted that the Allergan implants had been soaking in antibiotic solution. (000146-000147, 006303)

**07/02/18:** Ms. Parr underwent routine mammogram screening that showed no change compared to a previous mammogram on 8/6/13. The native breast tissue showed no evidence of malignancy and the implants were radiographically intact. (000129-000130)

**09/13/18:** Ms. Parr presented to Dr. Tobin complaining of pain on the left side and a difference in the way the left breast looked. Dr. Tobin palpated no discrete masses but did note more upper quadrant fullness on the left than the right. Dr. Tobin thought it was possibly an implant rupture post mammography "unlikely" and ordered an ultrasound. (000128)

**09/14/18:** The ultrasound showed no evidence of rupture, no cyst or mass and no abnormal fluid collections. (000125)

**09/18/18:** Ms. Parr returned to Dr. Tobin who told her it was good news that the ultrasound showed intact implants. He did note she had a tender area at 3 o'clock on the left breast. He assessed the tenderness as a hematoma from the **07/2/18** mammogram that was resolving satisfactorily. No further visits were required. (000124)

**10/29/18:** Ms. Parr was seen by Dr. Steven Douglas, her primary care physician for evaluation of her left axillary abscess. He prescribed a full course of clindamycin oral antibiotic.

**11/12/8:** Ms. Parr returned to Dr. Douglas who noted her symptoms were "unchanged despite abx and I think might be slightly worse in terms of size, will refer to surgeon for possible I & D." (000390)

**11/14/18:** Ms. Parr presented to Dr. Kevin Bartow, surgeon at Cape Girardeau Surgical Clinic for evaluation of her left axillary abscess. (000269-000272)

**11/15/18:** Dr. Bartow performed incision and drainage of left axillary abscess and left axillary lymph node biopsy. Dr. Bartow found significant axillary adenopathy and sent the biopsy for frozen and permanent pathology. Dr. Bartow noted the axillary nodules without purulent material and the left breast with some erythema. Dr. Bartow found no evidence of infection within the deep spaces. (000286-000287) Dr. Kelly Joggerst, pathologist, St. Francis Medical Center, found atypical lymphocytic infiltrate consistent with **anaplastic large cell lymphoma** ("ALCL") that was CD-30 positive. (000407-000414) This diagnosis was later confirmed by Dr. William Macon of the Mayo Clinic as ALK negative anaplastic large cell lymphoma with foci of marked necrosis. (000405)

**11/21/18:** PET/CT scan revealed locally advanced disease with FDG avidity around the capsule of the left breast implant, but, also, significant supraclavicular and infraclavicular, as well as left axillary, nodal involvement. (000308-000309)

**11/27/18:** Mr. Parr presented to Southeast Cancer Center, Dr. Andrew J. Moore, for adjuvant treatment strategies. Dr. Moore noted: "At this time, given the patient's prior history of left implant rupture x2 and the duration for which she has had her implants in place, chronic inflammation likely predisposed her to a breast-implant-associated anaplastic large cell lymphoma."[1] Dr. Moore's plan was to refer Ms. Parr to Dr. Brad Kahl and the Siteman Cancer Center in St. Louis. (002379)

**12/05/18:** Ms. Parr had initial consults with Dr. Neha Mehta-Shah, oncologist, and Dr. Terence M. Myckatyn, surgeon, at Washington University St. Louis. Dr. Mehta-Shah noted as follows:

"We discussed based on her supraclavicular and axillary lymph node involvement would consider her to be stage Ill by that MD Anderson criteria. Therefore we would recommend systemic chemotherapy for curative intent. Surgery is of critical importance in this disease as complete excision of the breast implant and the surrounding capsule has been associated with improved outcomes. She is seeing Dr. Terence Myckatyn today who is also an expert in this area.

We discussed with the patient and her family that her bulky lymphadenopathy could impair her healing from the surgery. Therefore we will plan to give her 1 dose of brentuximab 1.8 milligrams/m2 next week locally with Dr. Moore. This will be part of her therapy incorporating brentuximab vedotin (1.8mg/m2) with cyclophosphamide (750mg/m2), doxorubicin (50 mg/m2), prednisone (100mg orally days 1-5) with neulasta support for curative intent. This regimen was recently published in the Lancet (Horwitz, et al. Lancet 2018, results of ECHALON 2) where BV-CHP was compared in a randomized double blinded study against CHOP and showed a 35% improvement in overall survival particularly in anaplastic large cell lymphoma. This has shifted the standard of care and brentuximab was FDA approved in the first line setting in this disease.

We have discussed her case with Dr. Moore and we will plan to have her receive 6 cycles of BV-CHP locally. We will see her for her end of treatment scan. We reviewed the side effects of BV-CHP including life threatening infections, decrease blood counts, need for transfusions, hair loss, cardiomyopathy, hemorrhagic cystitis, infusion reactions, and gastritis, diarrhea and neutropenic fever, emotional !ability and hyperglycemia related to prednisone. Neuropathy sometimes requires dose reduction of BV." (006315)

Dr. Myckatyn noted as follows:

"this patient has a T-cell lymphoma. It is up against her breast implant and extended into her lymph nodes. She will require immunotherapy with Brentuximab as well as chemotherapy and a on bloc resection of breast implant capsule on the left. I look forward to helping her with this in the near

[1] Dr. Moore's note is in error here as Ms. Parr's silicone 1986 implants rupture was on the right not the left.

future. After speaking with her medical oncologist the plan is to give her a dose of immunotherapy next week and then to do the on bloc resection and then continue with immunotherapy in chemotherapy thereafter."(006321)

**12/7/18:** Dr. Bartow took Ms. Parr to the operating room and placed a patent right-sided internal jugular port with ultrasound and fluoroscopic guidance for her upcoming chemotherapy treatments. (000284-000285)

**12/12/18:** Ms. Parr presented to Southeast Cancer Center for Cycle 1, day 1, of brentuximab vedotin single agent treatment at 1.8mg/$m^2$ I times one. Dr. Moore noted that her cancer was Stage III (MD Anderson Cancer Center staging system)[2] breast implant associated anaplastic large cell lymphoma. Dr. Moore noted that Ms. Parr she was starting to experience more pain in her left shoulder and axillary region. She feels as though the adenopathy could be pinching on a nerve. (002366)

**12/16/18:** Ms. Parr was admitted to Southeast Hospital with fever and open draining sores under the left arm. treated with IV vancomycin and Zosyn and discharged with 7 days of Levaquin. (000235,000251)

**01/02/19:** Ms. Parr returned to Southeast Cancer Center for post -hospitalization follow up. She was cleared for explant surgery. (002355)

**01/04/19:** Dr. Terry Myckatyn performed bilateral capsulectomy and implant removal with excision of left breast mass tissue. (002126-002127) at Barnes Jewish Hospital ("BJH"). Dr. Eric Duncavage, pathologist, found in specimen E (left breast, capsule and implant, en bloc complete capsulectomy) "anaplastic large cell lymphoma, ALK-1 negative, best classified as breast implant-associated anaplastic large cell lymphoma." The tissue was positive for CD-30. (002092-002093)

**01/28/19:** Ms. Parr returned to Dr. Myckatyn for followup. He noted as follows:

"This pleasant female has a diagnosis of breast implant associated anaplastic large cell lymphoma on the left. Preoperatively she received a dose of BRENTUXIMAB immunotherapy. We performed a complete capsulectomy on both sides and sent the specimens to pathology. She had only scant fluid. There was insufficient fluid to run flow cytometry but the pathology does reveal some residual anaplastic large cell lymphoma on the left whereas the right side is clear. Margins are clear. She was reported to have a T4 lesion based on the 2016 article from the Journal of Clinical Oncology.

[2] https://ashpublications.org/blood/article/132/18/1889/39611/How-I-treat-breast-implant-associated-anaplastic

She will undergo further immunotherapy and chemotherapy starting this Friday. She will be completed in June. She currently still has palpable adenopathy on the left axillary region. She will need repeat imaging after her treatment to determine its efficacy." (006328)

**02/01/19:** Ms. Parr returned to Southeast Cancer Center to initiate cycle 1 day 1 of Brentuximab, cyclophosphamide, adriamycin, and prednisone treatment. Dr. Moore noted the plan was based upon the recommendation of Dr. Shah and the Echelon2 data published in the Lancet in November 2018. The plan was for 6 cycles of therapy. (002349)

**02/12/19:** Ms. Parr returned to Southeast Cancer Center in follow up secondary to recent neutropenic fevers. (002338)

**02/22/19:** Ms. Parr presented to Southeast Cancer Center for cycle 2 of cyclophosphamide Adriamycin and prednisone treatment, along with cycle 3 of Brentuximab therapy. Dr. Moore noted the patient had some alopecia and experienced neutropenic fever after cycle 1 of therapy secondary to an E. coli urinary tract infection. He planned to employ Neulasta growth factor support with cycle 2 and beyond. (002235)

**03/15/19:** Ms. Parr presented to Southeast Caner Center for cycle 3 of cyclophosphamide Adriamycin and prednisone treatment, along with cycle 4 of Brentuximab therapy. Dr. Moore noted she continued to have some weakness in the left upper extremity but denied any pain. Of note with the Neulasta injection with cycle 2 of treatment, Ms. Parr did have significant bone aches and pains. (002323)

**04/05/19:** Ms. Parr presented to Southeast Cancer Center for cycle 4 of cyclophosphamide Adriamycin and prednisone treatment, along with cycle 5 of Brentuximab therapy. NP Hagedorn noted that the patient was on antibiotics for a urinary tract infection diagnosed a few days ago. (002317)

**04/09/19:** Ms. Parr returned to Southeast Cancer Center complaining of progressively increasing left breast swelling with a large nontender, quarter size nodule noted under the left breast. There was also a nontender, pea-sized firm nodule noted in the left axillary region. Patient reported the swelling has gotten significantly worse. NP Hagedorn ordered an urgent left breast ultrasound. Alopecia present. (002312)

**04/09/19**: Ms. Parr underwent a breast and left axilla ultrasound at Southeast Hospital Cape Girardeau interpreted by Dr. Richard Ogles who noted suspicious abnormality and recommended an ultra-sound guided biopsy. (00239- 002392))

**04/11/19:** Dr. Ogles performed an ultrasound-guided left breast biopsy at 7 o'clock and left breast diagnostic and therapeutic ultrasound-guided fluid collection aspiration. (002383-002384) Dr. Wettach, pathologist, Washington University St. Louis found fat necrosis and no malignancy. (002304)

**04/16/19:** Ms. Parr followed up with Dr. Bartow after biopsy. Dr. Bartow thought it was re-accumulation of the fluid and clinically more consistent with recurrent seroma than recurrence of lymphoma. He told Ms. Parr that she may require drainage and placement of a drain in this fluid collection if this keeps recurring but would await final cytology and PET scan prior to placing drain. (000256-000258)

**04/24/19:** Ms. Parr had a PET/CT interpreted by Dr. George Pjurua. Dr. Pjura noted multiple enlarged left axillary lymph nodes with SUV max reduced from approximately 17 reported previously to 9.85 currently. There was reduced activity in the left axilla when compared to the prior examination and also in the left supraclavicular lymph node seen on the prior examination suggesting response to therapy. However, there were a few small foci of modestly increased activity in the posterior rib cage on the left and right pectoral musculature of undetermined origin. (002383-002384)

**04/26/19:** Ms. Parr returned to Southeast Cancer Center. NP Hagedorn noted that the ultrasound-guided biopsy of the left breast at the 7 o'clock position revealed fat necrosis and was negative for malignancy; and the aspirated seroma was also negative. NP Hagedorn noted that the patient's PET/CT scan (4/22/19) did reveal residual disease in the left axillary region although there was reduced SUV activity. Dr. Moore personally spoke with Dr. Mehta-Shah and per her recommendations the plan was to proceed with 2 more cycles of treatment after which Ms. Parr would be followed with repeat imaging by Dr. Mehta-Shah. Ms. Parr was scheduled to return to clinic in 3 weeks and follow-up with Dr. Andrew Moore. (002305)

**05/13/19:** Ms. Parr had a LUE ultrasound that was negative for DVT but showed a probable metastatic lesion near the left side of the thoracic inlet measuring 2.2 x 2.3 x 2.3 cm. (0002388)

**05/15/19:** Ms. Parr had a breast ultrasound at Southeast Hospital that showed severe edema in the skin and soft tissues. Underlying the scar from the excisional biopsy was a 3 accumulated seroma measuring 7 x 3 cm. In the axilla there was a probable lymph node measuring 1.7 x 1.4 x 1.9 cm. Dr. Michael Standyk's impression was "recurrence seroma" and "benign finding." He recommended normal interval follow-up (0002387)

**05/17/19**: Ms. Parr returned to Southeast Cancer Center for her final treatment. Dr. Moore noted that Ms. Parr comes in the clinic today with "complaints of pain and worsened edema as well as axillary adenopathy in the left arm. Ms. Parr has had more pain and discomfort. She is back in our

treatment room in significant distress." Ms. Parr's left breast was visibly swollen and nonuniform and she had gained 11.4 lbs. since her last visit on 4/26/19. He pulse was 116 and alopecia was noted. Dr. Moore further documented: "patient did present to the emergency department with pain. She was subsequently referred back to interventional radiology for ultrasound and potential biopsy. I did get a call from them the other day and they were concerned that patient had disease progression and lymphedema that may actually be worsened by further testing and manipulation. Thus we held off on biopsy. Of note Ms. Parr is to see her physicians at Barnes Jewish Hospital next month. I have reached out to them to see if they can get her imaging studies and follow-up sooner as I am concerned about the possibility of progressive disease. I did get a call from them the other day and they were concerned that patient had disease progression and lymphedema that may actually be worsened by further testing and manipulation. Thus we held off on biopsy. Of note Ms. Parr is to see her physicians at Barnes Jewish Hospital next month. I have reached out to them to see if they can get her imaging studies and follow-up sooner as I am concerned about the possibility of progressive disease." (006369-006361)

**05/29/19:** Ms. Parr presented to Missouri Delta with shortness of breath (pulse 120), and left arm swelling**.** The ED noted: "PT HAS EDEMA TO LUE, LEFT BREAST, ABD, CHEST, FLANK THAT STARTED TWO WEEKS AGO, BUT IS MUCH WORSE TODAY. PT C/O PAIN TO LUE." (000722) A CTA/Chest showed a large left hemithorax/chest wall/muscular mass and a left pulmonary nodule suspicious of malignancy or metastatic disease. (000725) LUE Ultrasound showed multiple DVTs and extensive clotting extending from the internal jugular vein to the left upper extremity (000726). Labs showed elevated WBC and troponin. (000748) Ms. Parr was transferred by ambulance to BJH for admission by Dr. Mehta-Shah.

**05/30/19-07/02/19:** Ms. Parr was hospitalized at BJH. The discharge summary stated that she was admitted for recurrent ALCL (ALK-negative, T-cell lymphoma) diagnosed by a lymph node biopsy on 5/31/19. Her discharge diagnoses included:

- Left arm swelling secondary to DVT and enterococcus infection, anemia secondary to blood loss and chemotherapy,
- AKI (acute kidney injury)
- Acute respiratory failure with hypoxia
- Supraventricular tachycardia, nosusutained
- Leukopenia due to antineoplastic chemotherapy
- Bilateral leg edema
- Oral thrush
- C. difficile colitis
- Anxiety

The discharge summary is included as Exhibit 1. (004196-004203)

**07/16/19:** Ms. Parr returned to BJH for abscess drain evaluation and catheter exchange. Ms. Parr had developed a left axillary hematoma after the 5/31/19 biopsy. The site had become infected with enterococcus faecalis. Patient reported approximately 60 to 80 mL of drainage a day. (004077-004078)

**07/25/19:** Ms. Parr returned to BJH for an appointment with Dr. Mehta-Shah and for catheter evaluation. The catheter was clogged but did not require exchange. (003937)

Dr. Mehta-Shah noted as follows:

"Lizabeth Paulette Parr is a 67 y.o. female with primary refractory BIA-ALCL s/p brentuximab vedotin x 1 followed by bilateral complete capsulectomy, then BV-CHP x 6 and GemOx with progressive disease. She has had a marked improvement with ruxolitinib on a compassionate use program.

1. BIA-ALCL: She continues to have clinical improvement. Her CT shows stable disease from the PET performed after 1 week of therapy. There is no evidence of progression of disease. Therefore we will continue ruxolitinib. As she is having fatigue and anemia, we will plan to reduce her dose to 15mg BID. We discussed that the curative treatment for her disease would involve an allogeneic transplant. However, this may only be able to be performed on a study at the NCI/NIH. We will have her meet with our transplant doctors so that she begins to understand the risks and benefits of this approach and we can determine if she does have a matched related or unrelated donor.
2. DVT: She continues on lovenox.
3. Wound management: She is seeing surgery today to reevaluate her drain. We will defer to them.
4. Pleural effusion: Her pleurex is no longer draining. We have reached out to interventional pulmonary to review whether she still requires the pleurex.
5. Disposition: We will plan to see her in 1 month. We will try to coordinate this visit with BMT if at all possible." (006335)

**07/30/19:** Ms. Parr had a repeat left axillary ultrasound at Southeast Hospital that was compared to her previous left axillary ultrasound (05/15/2019), left breast ultrasound-guided biopsy and post procedure mammogram (04/11/2019) and left breast mammogram and ultrasound (04/09/2019). Dr. Richard Ogles' impression was "The patient has multiple heterogeneously hypoechoic masses within and along the deep margin of the dermis in the left axilla corresponding with visible skin lesions and sites of palpable concern. The largest of these measures 1.8 x 1.5 x 1.0 cm. Each of these masses demonstrate somewhat ill-defined margins and internal flow. Findings are concerning for potential malignancy. Given that the ultrasound findings correspond with visible skin lesions, skin punch biopsy is recommended."(006372)

**08/01/19:** Ms. Parr returned to BJH for catheter evaluation. It was noted that the drain output had been at least 50-70cc's of fluid daily. The catheter was exchanged and sclerosed with betadine to facilitate drainage and resolution. The Parrs were instructed to sclerose the catheter with betadine once daily and to record daily drainage outputs. (003818-003819)

Ms. Parr also saw Jennifer Pavlisin, NP in Dr. Mehta Shah's clinic. NP Pavlisin noted as follows:

" She appears stable however she does have 3 new nodules in her left axilla and left cervical fullness concerning for disease progression. We will have Dr. Musiek biopsy one of these nodules today. We discussed that the curative treatment for her disease would involve an allogeneic transplant. However, this may only be able to be performed on a study at the NCI/NIH. We will have her meet with our transplant doctors so that she begins to understand the risks and benefits of this approach and we can determine if she does have a matched related or unrelated donor. Should her biopsy show evidence of lymphoma we would plan to see her back next week with repeat imaging, however if it does not show lymphoma we would keep her already scheduled appointment on 8/21/19. Her and her family are in agreement with this plan." (006342)

**08/08/19:** Ms. Parr saw Dr. Alice Yao Zhou in oncology clinic at BJH. Dr. Zhou noted that Ms. Parr's skin biopsy from the left axilla on 8/11/19 shows ALCL, ALK-. Dr. Zhou further noted that "despite initial response with ruxolitinib, she has had clear disease progression. We will stop the ruxolitinib at this time which was supplied through a compassionate use program. We discussed that the only curative option is consolidation with an allogeneic transplant and given her age, this could be done via a clinical trial at the NCI. She will meet with one of our transplant providers so to discuss the risks and benefits of this approach and to initiate the process of finding a matched related or unrelated donor. In order for her to undergo an allogeneic transplant, she will need to be in a sufficient remission, be in adequate health and have a donor available. Options for additional therapy include a clinical trial with the drug duvelisib in PTCL which is an open label phase II study of an oral Pl3K inhibitor which has a 50% ORR and 20-30% CR rate in PTCL. She had previously expressed interest in that trial but was not eligible with elevated CMV virals titres (which were likely reactivation in the setting of acute illness). She is interested in continuing on the study if she is now eligible. She and her family have reviewed the informed consent, and all of their questions were answered. We discussed that additional standard options for her include the histone deacetylase inhibitor romidepsin which has been shown in a phase II study in PTLC to provide an overall response rate of 25% (Coiffier. 2014. Journal of Hematology Oncology. doi: 10.1186/1756-8722-7-11) or pralatrexate. She is amenable to repeating a skin biopsy to confirm adequate tissue availability for the study. We will see her in 1 week to discuss next step. In the meantime, she will be reassessed for trial eligibility with labs, EKG, PET-CT, possible additional tumor tissue/punch biopsy." (006347)

Ms. Parr's PET performed that day scan showed "overall interval progression of disease, with increase in size and metabolic activity of lymph nodes within multiple stations, along with new hypermetabolic lymphadenopathy." Ms. Parr also had her drainage catheter evaluated and it was found to be clogged and replaced. (003705, 003749)

**08/10/19-08/11/19**: Ms. Parr presented to Southeast Hospital in Cape Girardeau with syncope, nausea and vomiting. She reported a syncopal event the day before with a fall (hit face and left side). Chest X ray showed small pleural effusion. L femur X ray showed mild lateral hip soft tissue

and was negative for acute fracture or dislocation. Vital signs were HR 90s-110s and blood pressure 120's-150s. Upon standing her systolic blood pressure dropped as low as 50s-70s and on one occasion her heart rate dropped to 62. She received IV fluids and IV Ceftriaxone for UTI. At the request of the patient and family she was transferred to BJH for further management. (002647-002648)

**08/11/19-08/22/19:** Ms. Parr was admitted to intensive care at BJH from Southeast Hospital with a heart rate in the 220's. She was discharged on 8/22/19 to inpatient hospice at BJH with a primary diagnosis of ALCL and hypotension. Secondary diagnosis included:

- Pleural effusion
- Hyponatremia
- Hypotension
- Fluid collection at surgical site
- Fluid volume excess
- Syncope
- Supraventricular tachycardia, nonsustained
- Anxiety
- DVT of upper extremity (deep vein thrombosis) (CMS/HCC)
- Insomnia
- S/p breast implant removal
- UTI (urinary tract infection)

Ms. Parr's blood pressure on the morning of discharge was 60's/40's. During her hospitalization she underwent thoracentesis on **08/15/19** and **08/19/19** after a chest tube was inserted on 8/12/19. Physical examination at discharge showed her to be alert, cooperative and ill-appearing. She was noted to be tachycardic (144 pulse) with diminished lung sounds bilaterally. She had 2-3+ edema in her LUE and 1-2+ edema in her BLLE. Her mood was euthymic; conversation was appropriate and anxious.
The discharge summary is included as **Exhibit 2**. (002646-002653)

**08/22/19-08/23/19:** Ms. Parr was transferred to the inpatient Hospice Unit (GIP) at BJH. The **Expiration Note** summarized Ms. Parr's treatment as follows: (002254-002614)

***History of Present Illness:***
Ms. Parr was diagnosed in 11/2018 and underwent bilateral capsulectomy and implant removal (01/2019) with excision of left breast mass/tissue. She began BV-CHP therapy and completed six cycles in May. From 5/30-7/2 she was admitted to BJH after presenting with left arm and breast pain and swelling. She underwent a LN biopsy 5/31which revealed recurrence of her disease. PET 5/31 with progression infiltration of LUE; brain MRI negative for intracranial mets. She was started on gemcitabine/oxalaplatin on 6/6; repeat PET CT 6/19 showed significant progression of

disease with spread to the R axilla, liver, and pancreas. A family discussion was held 6/21 with Dr. Mehta-Shah regarding treatment options in setting of AKI. She was started on BID ruxolitinib 6/21 (compassionate use) and was continued as outpatient. A PET-CT on 6/28 revealed response of her disease in the LUE and axilla but did note new lesions in her thorax. Regarding her LUE edema 2/2 progressive disease she positive for DVT and she was started on therapeutic AC, discharged on Lovenox. Fluid collection noted and wound site was positive for enterococcus faecalis. Drain was placed by IR. Biopsy site cultures grew enterococcus fecalis and vancomycin was started before being switched to ampicillin on 6/14. She remained on ampicillin until 7/1 at which point, she was transitioned to augmentin. She remained on antibiotics while her drain was in. Her swelling continued to improve with antibiotics and anticoagulation. Drain studies on 6/27 revealed stable fluid collection and her drain remained in place. Repeat studies 7/3 with stable fluid collection. She had a Pleurx placed by IP on 6/24, removed on 8/1. Her hospital course was c/b CDIF s/p treatment and AKI which resolved.
She was seen in Clinic 8/8 by Dr. Meta-Shah. PET 8/9 showed progressive disease. Per patient's husband plan was to stop Jakafi with hope of qualifying for another clinical trial after being off the medication after 14 days.
She presented to Southeast Hospital in Cape Girardeau 8/10 with syncope, nausea and vomiting. She reported a syncopal event Friday with a fall (hit face and left side) and near syncope yesterday morning. At the request of the patient and her family she was transferred to BJH for further management.

***<u>Significant findings at time of expiration</u>:***
Called to see patient for unresponsiveness. On exam the patient did not respond to verbal or physical stimuli. Absent chest rise, heart and breath sounds. Absent femoral, carotid, and peripheral pulses. Pupils are fixed, dilated and absent corneal reflexes. Next of kin and family at bedside. Pt admitted with complications from progressive disease as mentioned above, including pain, nausea, and SOB. Given progressive disease, decompensation, and no longer able to be included in clinical trial, she decided to transition to comfort care and hospice.

**08/23/19:** Ms. Parr expired at 10:36pm. (002553)

# Inpatient Discharge Summary

## BRIEF OVERVIEW

Admitting Provider:[BK.1T] Vivek Kumar Arora, MD PhD[BK.1M]
Discharge Provider:[BK.1T] Brian Van Tine, MD PhD[BK.1M]
Primary Care Physician at Discharge: Steven L. Douglas, MD 573-649-3026

Admission Date: 5/30/2019 Discharge Date:[BK.1T] 7/3/2019[BK.2T]
Admission Location: Barnes Jewish Hospital

**Primary Discharge Diagnosis:**[BK.1T]
Recurrent Anaplastic Large Cell Lymphoma[BK.1M]

**Secondary Discharge Diagnosis:**
Left arm swelling[BK.1T] secondary to DVT and Enterococcus infection[BK.1M]
Anemia[BK.1T] secondary to blood loss and chemotherapy[BK.1M]
AKI (acute kidney injury)
Acute respiratory failure with hypoxia
Supraventricular tachycardia, nonsustained
Leukopenia due to antineoplastic chemotherapy
Bilateral leg edema
Oral thrush
C. difficile colitis
Anxiety

## DETAILS OF HOSPITAL STAY

**Presenting Problem/History of Present Illness:**
67yo female with a history of left anaplastic large T-cell lymphoma (2/2 breast implants) hypertension, and anxiety admitted for worsening left arm pain and swelling.

Patient reports over the past three weeks she has had progressing left arm/breast pain and swelling that has been gradually progressing. She localizes the pain to her left arm from her elbow to her shoulder, no breast pain. Associated with swelling from fingers and to left breast/shoulder; also has some involvement of her left abdomen. She had a LUE ultrasound 05/10/19 that was negative for DVT. She reports ongoing pain/swelling since then and returned to Missouri Delta ED 05/29 where imaging studies noted extensive LUE DVT on US with CT concerning for extensive involvement from lymphoma. She was started on apixaban 10mg once and was sent to BJH for further evaluation and management.

**Hospital Course:**

#Anaplastic Large Cell Lymphoma, ALK Negative, secondary to breast implant: She is a patient of Dr. Mehhta-Shah.

She was diagnosed in 11/2018 and underwent bilateral capsulectomy and implant removal (01/2019) with excision of left breast mass/tissue. She began BV-CHP therapy and completed six cycles, last on 05/17/19 with Neulasta. She underwent a LN biopsy 5/31 which revealed recurrence of her disease. PET 5/31 with progression infiltration of LUE; brain MRI at that time negative for intracranial mets. Leukocytosis to 70k on 6/3. She was started on gemcitabine/oxalaplatin on 6/6; repeat PET CT 6/19 showed significant progression of disease with spread to the R axilla, liver, and pancreas. Acyclovir prophylaxis was started 6/25. A family discussion was held 6/21 with Dr. Mehta Shah regarding treatment options in setting of AKI. She was started on BID ruxolitinib 6/21 and will continue as an outpatient. A PET-CT on 6/28 revealed response of her disease in the LUE and axilla, but did note new lesions in her thorax. We monitored her disease with MWF LDH labs.

#Left Arm Swelling secondary to recurrent lymphoma, DVT, and enterococcus infection: DVT initially noted at OSH. Underwent left axillary LN biopsy by general surgery which confirmed recurrence of lymphoma; wound site was positive for enterococcus fecaelis. Upon starting chemotherapy, her swelling improved mildly. She was initially started on IV heparin for her DVT. Briefly on apixipan 6/3. She developed bleeding and a hematoma 6/5 from her biopsy site, so heparin was held for several days until 6/12 when a drain was placed by IR. Biopsy site cultures grew enteroccocus fecalis and vancomycin was started before being switched to ampicillin on 6/14. She remained on ampicillin until 7/1 at which point she was transitioned to augmentin. She remained on antibiotics while her drain was in. Her swelling continued to improve with antibiotics and anticoagulation. Drain studies on 6/27 revealed stable fluid collection and her drain remained in place. Repeat studies 7/3 with stable fluid collection. She was changed from heparin drip to BID lovenox on 6/28. She is scheduled to follow up with Dr. Ash in general surgery in clinic on 7/12 and will be seen in IR clinic the same day.

#Acute Kidney Injury: Baseline Cr of 0.8. Was within normal limits upon admission, but began to rise 6/13. Peaked to 4.14 on 6/19. She was oliguric on 6/15 and the nephrology team was consulted. Etiology was likely related to vancomycin for her cdiff and e-faecalis infection as well as acyclovir and gemcitabine that was given on 6/6. Severe anasarca on 6/15 with bilateral LE edema 3+. Renal ultrasound was unremarkable. She was started on TID bicarb tabs and received 20 mg IV lasix on 6/15 without good output; had good response to IV lasix 40 and albumin. She received daily IV 40 lasix through 6/28 and her Cr continued to improve. The nephrology team signed off on 6/25. She was transitioned to oral lasix 6/28 which was discontinued on 7/2. She had mild pitting edema on discharge but it was much improved.

#Acute Hypoxic Respiratory Failure: Was SOB upon admission, likely secondary to deconditioning complicated by recurrent pleural effusions. She was initially on room air, but on 6/15 she began to require oxygen, up to 2 L nasal canal in the setting of volume overload related to her AKI. CT PE 6/15 was negative but showed pleural edema. She underwent thoracentesis on 6/17 with improvement of her SOB, but required additional thora on 6/21 due to return of her symptoms. Both thoracentesis removed 1.5L fluid. Pleural studies from 6/17 revealed an exudative effusion but prelim cytology did not show any malignant cells. On 6/24, due to recurrent shortness of breath, she received a PleurX catheter by Interventional Pulm. Cytology revealed malignant cells. She did not require oxygen after 6/17. She received diuresis as mentioned above. Her PleurX was drained every other day. We called IP regarding followup; IP should call the patient to schedule a follow up.

#Anemia: In setting of blood loss, malignancy, and chemotherapy. Hb stable upon admission, but on 6/9 had a drop from 10.9 to 6.8, associated with bleeding from her lymph node biopsy site. She received 1 unit of pRBC 6/9 with appropriate correction. Her hemoglobin remained stable but began to slowly downtrend starting 6/23 and she required additional transfusion on 6/26[BK.1T] and 7/3.[BK.1M]

#Oral thrush: She began to complain of a sore throat on 6/21. She was initially given PRN lozenges and magic mouthwash, but was noted to have thrush on 6/24. Nystatin swish and swallow was started with improvement of her symptoms and was stopped on 7/1.

#Cdiff colitis: She began to complain of watery bowel movements the week of 6/10. Cdiff studies were positive on 6/15 and she was started on oral vancomycin. She completed her course on 6/22 with resolution of her diarrhea.

#Non-Sustained SVT: She had intermittent episodes of SVT lasting seconds throughout her hospital stay. She was always asymptomatic and her vital signs remained stable. She did not require any adenosine. Low dose metoprolol was started 6/27. She was monitored on telemetry and we repleted her electrolytes as indicated.

#Anxiety: Chronic, takes fluoxetine 40 at home. We intermittently treated her with ativan while inpatient and consulted siteman counseling who saw the patient. She is planning on following up at a facility closer to home upon discharge.

## Active Issues Requiring Follow-up:[BK.1T]

She will follow up on 7/12 with Dr. Ash regarding her enterococcus wound infection. She will also follow up with IR on 7/12 for her left axillary drain. She will follow up with IP regarding her pleurX catheter.[BK.1M]

## Test Results Pending at Discharge:

| Order | Current Status |
|---|---|
| Flow Leukemia/Lymphoma Fluid | In process |
| Tissue aerobic and anaerobic culture and gram stain Tissue Left | In process |
| Mycobacteriology (AFB) culture and acid-fast stain Pleural fluid Pleural | Preliminary result |
| Mycology (fungal) culture and stain Pleural fluid Pleural | Preliminary result |

## Operative Procedures Performed:

Procedure(s):
BIOPSY LYMPH NODE - AXILLARY

## Other Procedures:[BK.1T]

Thoracentesis of L pleural effusion 6/17, 6/21
PleurX catheter placement 6/24[BK.1M]

## Pertinent Test Results:[BK.1T]

See above[BK.1M]

# Discharge Details

## Physical Exam at Discharge:

Discharge Condition:[BK.1T] stable[BK.1M]
Pulse: 78
Resp: 16
BP: 147/75
Temp: 36.7 °C (98.1 °F)
Weight: 91.2 kg (201 lb)
Pertinent Exam Findings at Discharge:[BK.1T]
General appearance: Pleasant female lying in bed, in no acute distress.
HEENT: No stomatities, mucositis. No oropharyngeal exudate.
Lungs: Decreased breath sounds in BL lower lung fields, faint crackles LL field.. no wheezes. Saturating well off oxygen
Heart: Regular rate and regular rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses, no organomegaly,

Extremities: No LUE edema. 1+ BLE also improved. Dressing in place to left axillary biopsy site, hematoma healing well w/ drain; serosanguinous output.
Pulses: 2+ and symmetric.
Skin: Skin color, texture, turgor normal. No rashes or lesions noted.
Neurologic: Alert and oriented x4, no CN deficits, no sensory deficits.[BK.1C]

## Discharge Disposition:

Discharge to home or self care
Code Status at Discharge:[BK.1T] DNR DNI[BK.1M]

## Discharge Instructions:

Activity Instructions

**Discharge activity: Resume normal activity**

Diet Instructions

**Adult Discharge Diet**

Diet Type: Return to previous diet

Other Instructions

**Ambulatory referral to Home Health**

Service Line: Home Health

| | |
|---|---|
| Primary disciplines requested: | Skilled Nursing<br>Physical Therapy |
| Secondary disciplines requested: | Occupational Therapy |
| Home Health Services: | Strengthening Exercises<br>Therapy to Eval/ Treat<br>Strengenthing/ Balance<br>Wound/ Ostomy Care |

Physician to follow patient's care (the person listed here will be responsible for signing ongoing orders): PCP
Requested Start of Care Date: Tomorrow
I attest that I or another qualified licensed provider saw the patient 90 days prior to or 30 days post admission and this face to face encounter meets the necessary Home Health requirements. The face to face encounter occurred on (date): 7/2/2019
The encounter with the patient was in whole, or in part, for the following medical condition, which is the primary reason for home health care. (List medical condition): T-cell lymphoma

| | |
|---|---|
| I certify that, based on my findings, the following services are medically necessary skilled home health services: | Wound/ Ostomy Care<br>Strengthening Exercises<br>Therapy to Eval/ Treat<br>Strengenthing/ Balance |
| Clinical findings that support the need for home care: | Medical condition requiring skilled assessment/education<br>Wound requiring care, assessment, and instruction |
| I certify that my clinical findings support patient's homebound status. Homebound criteria met because: | Shortness of breath with minimal exertion<br>Requires assistance of another to leave home safely |

**Call provider for: Temperature**
-Temperature greater than 101 degrees F
**Call provider for: difficulty breathing or chest pain**
**Call provider for: extreme fatigue**
**Call provider for: persistent dizziness or light-headedness**

**Call provider for: persistent nausea or vomiting**
**Call provider for: redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around incision site)**
**Call provider for: severe uncontrolled pain**
**Call provider for: headache, visual disturbances, weakness and speech changes**
**Ambulatory referral to Home Health**

Service Line: Home Health

| | |
|---|---|
| Primary disciplines requested: | Skilled Nursing<br>Physical Therapy |

Secondary disciplines requested: Occupational Therapy

| | |
|---|---|
| Home Health Services: | Strengthening Exercises<br>Therapy to Eval/ Treat<br>Strengenthing/ Balance |

Physician to follow patient's care (the person listed here will be responsible for signing ongoing orders): PCP
Requested Start of Care Date: Within 2 - 3 Days
I attest that I or another qualified licensed provider saw the patient 90 days prior to or 30 days post admission and this face to face encounter meets the necessary Home Health requirements. The face to face encounter occurred on (date): 6/1/2019
The encounter with the patient was in whole, or in part, for the following medical condition, which is the primary reason for home health care. (List medical condition): LUE DVT, dyspnea on exertion, anaplastic large cell lymphoma

| | |
|---|---|
| I certify that, based on my findings, the following services are medically necessary skilled home health services: | Strengthening Exercises<br>Therapy to Eval/ Treat<br>Strengenthing/ Balance |

Clinical findings that support the need for home care: Other
Comment: Generalized weakness

| | |
|---|---|
| I certify that my clinical findings support patient's homebound status. Homebound criteria met because: | Poor endurance<br>Shortness of breath with minimal exertion<br>Abnormal gait/unsteady balance resulting in fall risk |

Missouri Delta Home Health for RN/PT/OT
Contact # 573-472-2234

## Discharge Medications:

Current Medications

TAKE these medications
acyclovir 400 mg tablet
Commonly known as: ZOVIRAX
Take 1 tablet (400 mg total) by mouth 2 (two) times a day

al & mag hydroxide with simethicone-diphenhydramine-lidocaine (MAGIC MOUTHWASH) suspension 1-1-1
Swish and swallow 10 mL every 4 (four) hours as needed (pain)

amoxicillin 875 mg tablet
Commonly known as: AMOXIL
Take 1 tablet (875 mg total) by mouth 2 (two) times a day

aspirin 81 mg enteric coated tablet
Take 81 mg by mouth every morning.

clonazePAM 0.5 mg tablet
Commonly known as: KlonoPIN
Take 0.5 tablets (0.25 mg total) by mouth nightly

cyanocobalamin 100 mcg tablet
Commonly known as: Vitamin B-12
Take 100 mcg by mouth every morning.

docusate sodium 100 mg capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth 2 (two) times a day as needed for constipation.

enoxaparin 80 mg/0.8 mL syringe
Commonly known as: LOVENOX
Inject 0.8 mL (80 mg total) under the skin every 12 (twelve) hours

FLUoxetine 40 mg capsule
Commonly known as: PROzac
Take 40 mg by mouth every morning.

gabapentin 300 mg capsule
Commonly known as: NEURONTIN
Take 1 capsule (300 mg total) by mouth nightly.

hydrOXYzine 50 mg tablet
Commonly known as: ATARAX
Take 1 tablet (50 mg total) by mouth 4 (four) times a day as needed for anxiety (2nd line)

LORazepam 0.5 mg tablet
Commonly known as: ATIVAN
Take 1 tablet (0.5 mg total) by mouth every 8 (eight) hours as needed for anxiety (1st line)

metoprolol 25 mg tablet
Commonly known as: LOPRESSOR
Take 0.25 tablets (6.25 mg total) by mouth 2 (two) times a day

ondansetron ODT 4 mg disintegrating tablet
Commonly known as: ZOFRAN-ODT
Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting

oxyCODONE 5 mg immediate release tablet
Commonly known as: ROXICODONE
Take 1 tablet (5 mg total) by mouth every 4 (four) hours as needed for pain

ruxolitinib 20 mg tablet
Commonly known as: JAKAFI
Take 1 tablet (20 mg total) by mouth 2 (two) times a day Take at about the same time each day. Take with or without food.

## Outpatient Follow-Up:

### Future Appointments

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/12/2019 | 1:00 PM | BJH N IR 362 | BJH N IR | BJH Main IMG |
| 7/22/2019 | 2:00 PM | Terence Michael Myckatyn, MD | PLA 8W MOB3 | SU |
| 7/25/2019 | 8:30 AM | LAB, CAM 7 ONC | ONC LAB CAM7 | WU ONC LAB |
| 7/25/2019 | 9:30 AM | Neha Mehta-Shah, MD | ONC CAM7 | WU Oncology |
| 7/25/2019 | 10:30 AM | PHARMACY, CAM ONCOLOGY | ONC INF CAM7 | WU ONC INF |

### Contact Information for Follow-ups

**BJC Home Care Services**
Specialty: Home Health and Hospice

4249 Clayton Ave
SAINT LOUIS MO 63110
Phone: 314-362-0200

Next Steps: Follow up
Questions:
Service Line: Home Health
Primary disciplines requested: Skilled Nursing
Physical Therapy
Secondary disciplines requested: Occupational Therapy
Home Health Services: Strengthening Exercises
Therapy to Eval/ Treat
Strengenthing/ Balance
Wound/ Ostomy Care
Physician to follow patient's care (the person listed here will be responsible for signing ongoing orders): PCP
Requested Start of Care Date: Tomorrow
I attest that I or another qualified licensed provider saw the patient 90 days prior to or 30 days post admission and this face to face encounter meets the necessary Home Health requirements. The face to face encounter occurred on (date): 7/2/2019
The encounter with the patient was in whole, or in part, for the following medical condition, which is the primary reason for home health care. (List medical condition): T-cell lymphoma
I certify that, based on my findings, the following services are medically necessary skilled home health services: Wound/ Ostomy Care
Strengthening Exercises
Therapy to Eval/ Treat
Strengenthing/ Balance
Clinical findings that support the need for home care: Medical condition requiring skilled assessment/education
Wound requiring care, assessment, and instruction
I certify that my clinical findings support patient's homebound status. Homebound criteria met because: Shortness of breath with minimal exertion
Requires assistance of another to leave home safely
Referral Status: Pending Authorization

**Discharge Summary Note (continued)**

**BJC Home Care Services**
Specialty: Home Health and Hospice

4249 Clayton Ave
SAINT LOUIS MO 63110
Phone: 314-362-0200

Next Steps: Follow up
Questions:
Service Line: Home Health

| | |
|---|---|
| Primary disciplines requested: | Skilled Nursing<br>Physical Therapy |

Secondary disciplines requested: Occupational Therapy

| | |
|---|---|
| Home Health Services: | Strengthening Exercises<br>Therapy to Eval/ Treat<br>Strengenthing/ Balance |

Physician to follow patient's care (the person listed here will be responsible for signing ongoing orders): PCP
Requested Start of Care Date: Within 2 - 3 Days
I attest that I or another qualified licensed provider saw the patient 90 days prior to or 30 days post admission and this face to face encounter meets the necessary Home Health requirements. The face to face encounter occurred on (date): 6/1/2019
The encounter with the patient was in whole, or in part, for the following medical condition, which is the primary reason for home health care. (List medical condition): LUE DVT, dyspnea on exertion, anaplastic large cell lymphoma

| | |
|---|---|
| I certify that, based on my findings, the following services are medically necessary skilled home health services: | Strengthening Exercises<br>Therapy to Eval/ Treat<br>Strengenthing/ Balance |

Clinical findings that support the need for home care: Other
Comment: Generalized weakness

| | |
|---|---|
| I certify that my clinical findings support patient's homebound status. Homebound criteria met because: | Poor endurance<br>Shortness of breath with minimal exertion<br>Abnormal gait/unsteady balance resulting in fall risk |

Referral Status: Pending Authorization[BK.1T]

Electronically signed by Brian Andrew Van Tine, MD PhD at 7/4/2019 10:53 AM

**Attribution Key**
BK.1 - Brendan James Knapp, MD on 7/3/2019 4:40 PM
BK.2 - Brendan James Knapp, MD on 7/3/2019 4:42 PM
C - Copied, M - Manual, T - Template

**Clinical Notes (group 1 of 7)**

**Assessment & Plan Note**

**James Zou, MD at 6/1/2019 11:07 AM**

| | | |
|---|---|---|
| Author: James Zou, MD | Service: Oncology | Author Type: Resident |
| Filed: 6/26/2019 8:16 AM | Date of Service: 6/1/2019 11:07 AM | Status: Edited |

**H&P Notes (continued)**

Carrie Lynn Blythe, NP[CB.1T]

Electronically signed by Colleen Anne McEvoy, MD at 8/12/2019 5:06 PM

**Attribution Key**

CB.1 - Carrie Lynn Blythe, NP on 8/11/2019 10:05 PM
CB.2 - Carrie Lynn Blythe, NP on 8/12/2019 4:18 AM
CB.3 - Carrie Lynn Blythe, NP on 8/11/2019 11:53 PM
CB.4 - Carrie Lynn Blythe, NP on 8/12/2019 6:42 AM
CB.5 - Carrie Lynn Blythe, NP on 8/12/2019 6:09 AM
CB.6 - Carrie Lynn Blythe, NP on 8/12/2019 12:59 AM
CB.7 - Carrie Lynn Blythe, NP on 8/12/2019 1:58 AM
CB.8 - Carrie Lynn Blythe, NP on 8/12/2019 1:57 AM
CB.9 - Carrie Lynn Blythe, NP on 8/12/2019 5:55 AM
C - Copied, C1 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:26 AM, C10 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:51 AM, C2 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:17 AM, C3 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:46 AM, C4 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:42 AM, C5 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:40 AM, C6 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:37 AM, C7 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:28 AM, C8 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:54 AM, C9 - Copied from Assessment & Plan Note by Carrie Lynn Blythe, NP at 8/12/2019 5:52 AM, M - Manual, T - Template

**Discharge Summary Note**

**Discharge Summary by Amy Ngo, NP at 8/22/2019 4:34 PM**

Author: Amy Ngo, NP | Service: Hospitalists | Author Type: Nurse Practitioner
Filed: 8/22/2019 6:01 PM | Date of Service: 8/22/2019 4:34 PM | Status: Signed
Editor: Amy Ngo, NP (Nurse Practitioner) | Cosigner: Salman Iftikhar Chaudhry, MD at 8/23/2019 6:28 PM

# Inpatient Discharge Summary

## BRIEF OVERVIEW

Admitting Provider: Colleen Anne McEvoy, MD
Discharge Provider: Colleen Anne McEvoy, MD
Primary Care Physician at Discharge: Steven L. Douglas, MD 573-649-3026

Admission Date: 8/11/2019 Discharge Date: 8/22/2019
Admission Location: Barnes Jewish Hospital

### Primary Discharge Diagnosis:[AN.1T]

**Anaplastic large cell lymphoma**
**Hypotension**[AN.1M]

### Secondary Discharge Diagnosis:

Anaplastic large cell lymphoma, ALK negative
Pleural effusion
Hyponatremia

**Discharge Summary Note (continued)**

Hypotension
Fluid collection at surgical site
Fluid volume excess
Syncope
Supraventricular tachycardia, nonsustained
Anxiety
DVT of upper extremity (deep vein thrombosis) (CMS/HCC)
Insomnia
S/p breast implant removal
UTI (urinary tract infection)

## DETAILS OF HOSPITAL STAY

### Presenting Problem/History of Present Illness:[AN.1T]

As copied from H&P,

"[AN.1M]Lizabeth Parr is a 67 year old female with PMH left anaplastic large T-cell lymphoma (2/2 breast implants) HTN, anxiety and LUE DVT who is being transferred from OSH with syncope, nausea, and vomiting. She is a patient of Dr. Mehhta-Shah. She was diagnosed in 11/2018 and underwent bilateral capsulectomy and implant removal (01/2019) with excision of left breast mass/tissue. She began BV-CHP therapy and completed six cycles in May. From 5/30-7/2 she was admitted to BJH after presenting with left arm and breast pain and swelling. She underwent a LN biopsy 5/31 which revealed recurrence of her disease. PET 5/31 with progression infiltration of LUE; brain MRI negative for intracranial mets. She was started on gemcitabine/oxalaplatin on 6/6; repeat PET CT 6/19 showed significant progression of disease with spread to the R axilla, liver, and pancreas. A family discussion was held 6/21 with Dr. Mehta Shah regarding treatment options in setting of AKI. She was started on BID ruxolitinib 6/21 (compassionate use) and will continued as outpatient. A PET-CT on 6/28 revealed response of her disease in the LUE and axilla, but did note new lesions in her thorax. Regarding her LUE edema 2/2 progressive disease she positive for DVT and she was started on therapeutic AC, discharged on Lovenox. Fluid collection noted and wound site was positive for enterococcus faecalis. Drain was placed by IR. Biopsy site cultures grew enteroccocus fecalis and vancomycin was started before being switched to ampicillin on 6/14. She remained on ampicillin until 7/1 at which point she was transitioned to augmentin. She remained on antibiotics while her drain was in. Her swelling continued to improve with antibiotics and anticoagulation. Drain studies on 6/27 revealed stable fluid collection and her drain remained in place. Repeat studies 7/3 with stable fluid collection. She had a Pleurx placed by IP on 6/24 , removed on 8/1. Her hospital course was c/b CDIF s/p treatment and AKI which resolved.

She was seen in Clinic 8/8 by Dr. Meta Shah. PET 8/9 showed progressive disease. Per patient's husband plan is was to stop Jakafi with hope of qualifying for another clinical trial after being off the medication after 14 days.

She presented to Southeast Hospital in Cape Girardeau 8/10 with syncope, nausea and vomiting. She reported a syncopal event Friday with a fall (hit face and left side) and near syncope yesterday morning. She reported poor PO intake with N/V since Friday. Labs showed Na 137, K 3.5, CO2 23, AP 73, AST 13, ALT 6, BUN 17, Cr 0.8, Glucose 180, Ca 8.6, Protein 5, Albumin 2.8, Bili 0.3, WBC 10.5, Hgb 12.5, Hct 39.2, Plt 437, HS CRP 1.493, CK 40, Trop 0.025; UA 2+ LE, 10-14 WBC, 3-4, RBC 2+ bacteria. Blood and urine cultures sent and pending. CXR showed small L pleural effusion, L femur X ray was negative for acute fracture or dislocation, showed mild lateral hip soft tissue swelling and Pelvic film negative.

**Discharge Summary Note (continued)**

Vital signs documented at the OSH demonstrate that she was afebrile, HR ranged 90s-110s with one HR documented up to 134, RR 18-22, Systolic BP 120s-150s. Orthostatic VS show that upon standing her systolic BP dropped to the as low as 50s-70s upon standing and on one occasion her HR dropped to 62. She received 1L crystalloid bolus then fluids at 100ml/hr for hydration and IV Ceftriaxone for UTI. At the request of the patient and her family she was transferred to BJH for further management.

Upon arrival to the 7800 ICU the patient was nauseated. She was alert and oriented, but her HR was noted to be in the 220s, narrow complex. BP 139/77, RR 15, SpO2 94% on RA. Rhythm appeared to be SVT, confirmed with 6mg Adenosine. HR briefly improved to 130s then she was again tachycardic to 190s, given 1L LR + 5mg IV metoprolol with improvement in HR to 110s.[AN.1C] "[AN.1M]

## Hospital Course:

**Syncope/Hypotension**

Pt was initially transferred to the MICU from OSH for syncope/falls 2/2 orthostatic hypotension in setting of hypovolemia and possible sepsis 2/2 a left chest wall abscess with prior growth of CoNS, VSE, and staph epi and current growth of Enterococcus faecalis and proteus. She received antimicrobial coverage with Augmentin BID and completed a 7d course after removal of the abscess drain. Blood cultures were obtained with no growth. UA reflex with culture that was negative. CXR w/o infiltrate. A CT head was without intracranial abnormality. A formal TTE was without valvular abnormalities, LVEF 55-70%, grade I diastolic dysfunction. Pt's hypotension was supported with NS boluses and albumin infusions. Pt's blood pressure decreased to 60s/40s 8/22/19 AM. EKG showed sinus tachycardia with frequent PACs, HR 120s. ABG 7.24/24/88/11; lactate 5.9. CXR with interval reaccumulation of a moderate to large left pleural effusion with associated volume loss and rightward mediastinal shift. Foley was placed with minimal UOP. A bicarb drip was initiated in setting of clinical picture c/w shock. Due to rapid decline, pt was informed that she may need to return to the ICU for closer monitoring and further management. It was then decided by pt and family to transition to hospice.

**Anaplastic large cell lymphoma, ALK negative**

She was diagnosed 11/2018, currently with disease progression, predominately affecting left chest wall, axilla, cervical chains, malignant left pleural effusion. She had been on multiple former lines of treatment, most recently on ruxolitinib with progression. She had improvement in neck pain and firmness of cervical LAD following steroids during this admission. Per Dr. Mehta-Shah recommendations, she was given methylprednisolone 500 mg IV 8/13, 8/14 which was tapered to prednisone 80mg daily, to 40mg on 8/21. Ruxolitinib was stopped on 8/8, with the plan of being assessed for candidacy for clinical trial. Due to decline in performance status, pt was no longer deemed eligible for clinical trial. Other treatment options were discussed, but due to decompensation on 8/22, pt decided to transition to hospice.

**Pleural effusion**

Regarding her malignant, left sided pleural effusion, she recently had left Pleurex removed by IP on 8/1 given minimal drainage. CT chest 8/12 demonstrated large, rapidly accumulating left pleural effusion. A left pleural chest tube was placed 8/12 given large, rapidly accumulating effusion. Pleural fluid aerobic/anaerobic, AFB, and mycology cultures without growth to date. IP was consulted to convert chest tube back to Pleurex. C hest tube clamped and repeat ultrasound done to assess for accumulation, amenable to Pleurex placement. Chest tube was removed on 8/15. On 8/19 IP re-assessed and performed a left thoracentesis which removed 1555 ml serous pleural fluid drained. Pleural fluid was sent for aerobic/anerobic/fungal culture w/ NGTD, cell count Total cells diff 100, Neutrophil 62%, lymphs 26%, macrophages 2%, Nucleated cells 199, RBC 773, glucose 112, protein 2.5, AFB negative, LDH 150, surg path w/ recurrent/persistent anaplastic T-cell lymphoma, flow cytometry w/ lymphocytes consistent predominantly of CD3+ T-cells of which 76% express CD30 and have a normal CD4:CD8 ratio with partial loss of CD7 and retained CD2 and CD5 expression. On 8/22, repeat CXR showed re-accumulation of left sided pleural effusion.

**Fluid collection at surgical site**

**Discharge Summary Note (continued)**

Patient had left lateral chest wall edema at left axillary region with persistent fluid collection. Formerly with culture growth of staph epi, CoNS, VSE, now with gram stain GPC and proteus growth on culture from 8/11 at admission. CT chest with contrast during this admission demonstrates no new drainable fluid collections, discussed this with IR who also reviewed imaging, last drain exchange on 8/8. Narrowed antimicrobial coverage to Augmentin BID on 8/13. IR removed drain 8/16 with resolved cavity on imaging & continue Augmentin for 7 days post removal per ID.

**Supraventricular tachycardia, nonsustained**
Upon admission to the ICU, pt's HR was found to be 220. SVT noted on previous hospital admission and pt on metoprolol outpatient. Briefly broke after 6mg Adenosine, then resolved after 5mg IV metoprolol. Pt was continued on 12.5mg PO metoprolol q6 with HR 190, which intermittently broke with valsalva, metoprolol 5 mg IV x1 then adenosine 6 mg IV x1 with conversion to SR 90s. Pt was continued to be monitored on CTM.

**DVT of upper extremity (deep vein thrombosis)**
She has a chronic LUE DVT, likely provoked due to lymphoma. She is now with RIJ thrombus noted on CT 8/12. On enoxaparin in the outpatient setting with last dose on Thursday. She was continued on heparin infusion for anticoagulation and transitioned to lovenox after pleurx placement. CT PE protocol 8/12 without PE. 8/13 BLUE venous doppler: Chronic deep vein thrombosis in the right upper extremity. No evidence of superficial vein thrombus in the right upper extremity. Chronic deep vein thrombosis in the left upper extremity. No evidence of superficial vein thrombus in the left upper extremity. Patient received lovenox 80mg BID for AC.

**Anxiety**
Continued home fluoxetine and lorazepam PRN.

**Insomnia**
2/2 steroids. Continued nightly ramelteon.

**Hyponatremia**
Patient w/ NA 126->130, could be in setting of decreased venal perfusion in setting of lymphadenopathy vs dehydration. FENA, 0.2% pre renal most likely in setting of third spacing and dehydration s/p albumin infusion with improvement. Urine osmolality 493, Ur Cr 88, Ur Na 21, serum osmo 281. She was given albumin and NS boluses. Remained asymptomatic.

**Fluid volume excess**
Developed secondary to aggressive fluid resuscitation (8 L) when hypotensive at OSH. TTE 8/12 EF 54-74%. She was given 20 mg IV lasix 8/17 with increased UOP and decrease in swelling. LUE has decreased swelling but trace weeping noted. Lymphedema following and wrapped LUE which greatly reduced swelling.

## Active Issues Requiring Follow-up:[AN.1T]

Pt discharged to IP hospice[AN.1M]

## Test Results Pending at Discharge:

| Order | Current Status |
|---|---|
| Cytology | Collected (08/13/19 0710) |
| Cytology | Collected (08/22/19 0846) |
| Aerobic and anaerobic culture and gram stain Pleural fluid Pleural | Preliminary result |
| Mycobacteriology (AFB) culture and acid-fast stain Pleural fluid Pleural | Preliminary result |
| Mycobacteriology (AFB) culture and acid-fast stain Pleural fluid Pleural | Preliminary result |
| Mycology (fungal) culture and stain Pleural fluid Pleural | Preliminary result |

| Order | Current Status |
|---|---|
| Mycology (fungal) culture and stain Pleural fluid Pleural | Preliminary result |

## Operative Procedures Performed:[AN.1T]
n/a[AN.1M]

## Other Procedures:[AN.1T]
Thoracentesis 8/15; 8/19
Chest tube insertion 8/12[AN.1M]

## Pertinent Test Results:[AN.1T]
8/19:[AN.1M] Diagnosis:
A. Pleura, fluid, thoracocentesis
- Recurrent/persistent anaplastic T-cell lymphoma

FINAL DIAGNOSIS
A. Pleural fluid, left:
- Atypical lymphoid cells present, consistent with involvement by known anaplastic T-cell lymphoma (see comment)

Comments
Cell block, cytospins, and ThinPrep show atypical lymphocytes that, given the concurrent flow cytometry specimen (S19-32613), are consistent with involvement by the patient's known anaplastic T-cell lymphoma.[AN.1C]

8/13: BLUE Venous duplex:[AN.1M]
2. Chronic deep vein thrombosis in the right upper extremity.
3. No evidence of superficial vein thrombus in the right upper extremity.
4. Chronic deep vein thrombosis in the left upper extremity.
5. No evidence of superficial vein thrombus in the left upper extremity.[AN.1C]

8/12 Soft tissue neck CT:[AN.1M] IMPRESSION:
1. Marked interval increase in bilateral lower cervical lymphadenopathy, left greater than right.
2. Interval development of lack of opacification of distal right internal jugular vein suggestive of focal thrombosis. There is an adjacent enlarging lymph node in the right supraclavicular area with focal mass effect on the vessel in that region.
3. Marked interval increase in diffuse body wall edema.
4. Partially visualized large left pleural effusion.
[AN.1C]

8/12 Chest CT:[AN.1M] IMPRESSION:

1. Interval increase in size of the large left malignant pleural effusion with near total collapse of the left lower lobe and rightward shift of the mediastinum which is concerning for significant mass effect.
2. Unchanged infiltrative left chest wall anaplastic lymphoma with multiple soft tissue deposits throughout the shoulder girdle, left chest wall, and left pleural space. The elliptical left anterior chest wall collection is unchanged.
3. No pulmonary embolism or superior vena cava stenosis or

**Discharge Summary Note (continued)**

Thrombosis.[AN.1C]

## Discharge Details

### Physical Exam at Discharge:

Discharge Condition:[AN.1T] Pt discharged to IP hospice[AN.1M]
Pulse: (!) 144
Resp: 20
BP: 101/72
Temp: 36.5 °C (97.7 °F)
Weight: (bed scale not working)
Pertinent Exam Findings at Discharge:[AN.1T] General Appearance: Alert, cooperative, ill-appearing
HEENT: Mucus membranes moist, no mucositis or ulcers noted, firm cervical adenopathy, L neck>R neck; posterior lower neck with increased firmness
Lungs: Diminished lung sounds bilaterally, no wheezing appreciated, respirations unlabored
Heart: tachycardic, regular rhythm, s1s2
Abdomen: soft, non-tender, bowel sounds active all four quadrants; BL flank with 1+ pitting edema
GU: foley in place, draining to gravity
Extremities: LUE 2-3+ edema from hand to shoulder; BLLE 1-2+ edema, trace weeping noted from L upper extremity; no redness, or warmth noted
Pulses: 2+ and symmetric
Skin: Skin color, texture, turgor normal, skin tear to L nose; reddened area under L axilla, with no open areas, erythematous papules noted near axilla; open area noted on inner left thigh; scattered eccymosis likely 2/2 subQ injections
Neurologic: A&Ox4. Gait not observed
Psych: mood is euthymic and conversation is appropriate, anxious[AN.1C]

### Discharge Disposition:

Discharge to hospice-medical facility
Code Status at Discharge:[AN.1T] DNR/DNI[AN.1M]

### Discharge Instructions:

Other Instructions

**Ambulatory referral to Home Hospice**
Service Line: Hospice
Patient/Family aware of referral: Yes
Services to provide: Evaluate
Physician to follow patient's care (the person listed here will be responsible for signing ongoing ordes): Referring Provider
Requested Start of Care Date: Today (please call ahead to confirm)

**Ambulatory referral to Home Hospice**
Service Line: Hospice
Patient/Family aware of referral: Yes
Services to provide: Evaluate
Physician to follow patient's care (the person listed here will be responsible for signing ongoing ordes): Referring Provider
Requested Start of Care Date: Today (please call ahead to confirm)

### Discharge Medications:

Current Medications

TAKE these medications
acyclovir 400 mg tablet
Commonly known as: ZOVIRAX
Take 1 tablet (400 mg total) by mouth 2 (two) times a day

aspirin 81 mg enteric coated tablet
Take 81 mg by mouth every morning.

cyanocobalamin 100 mcg tablet
Commonly known as: Vitamin B-12
Take 100 mcg by mouth every morning.

FLUoxetine 40 mg capsule
Commonly known as: PROzac
Take 40 mg by mouth every morning.

gabapentin 300 mg capsule
Commonly known as: NEURONTIN
Take 1 capsule (300 mg total) by mouth nightly.

hydrOXYzine 50 mg tablet
Commonly known as: ATARAX
Take 1 tablet (50 mg total) by mouth 4 (four) times a day as needed for anxiety (2nd line)

lisinopril-hydroCHLOROthiazide 20-25 mg per tablet
Commonly known as: PRINZIDE,ZESTORETIC
Take 1 tablet by mouth daily

LORazepam 0.5 mg tablet
Commonly known as: ATIVAN
Take 1 tablet (0.5 mg total) by mouth every 8 (eight) hours as needed for anxiety (1st line)

metoprolol 25 mg tablet
Commonly known as: LOPRESSOR
Take 0.25 tablets (6.25 mg total) by mouth 2 (two) times a day

ondansetron ODT 4 mg disintegrating tablet
Commonly known as: ZOFRAN-ODT
Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting

oxyCODONE 5 mg immediate release tablet
Commonly known as: ROXICODONE
Take 1 tablet (5 mg total) by mouth every 4 (four) hours as needed for pain

senna 8.6 mg tablet

**Discharge Summary Note (continued)**

Commonly known as: SENOKOT
Take 1 tablet by mouth daily

## Outpatient Follow-Up:

### Future Appointments

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 8/27/2019 | 10:40 AM | PULM CLINIC INTERVENTIONAL | PUL CAM 8B | WU Pulmonary |

### Contact Information for Follow-ups

**Steven L. Douglas, MD**
Specialty: Family Medicine
Relationship: PCP - General
East Prairie Facility
320 N Lincoln St
East Prairie MO 63845-1160
Phone: 573-649-3026

Next Steps: Follow up

**Bernard L. Shore, MD**
Specialty: Pulmonary Disease, Internal Medicine, Hospice and Palliative Medicine
Relationship: PCP - Hospice Attending
1935 BELT WAY DR
SAINT LOUIS MO 63114
Phone: 314-872-5050

Next Steps: Follow up[AN.1T]

Electronically signed by Salman Iftikhar Chaudhry, MD at 8/23/2019 6:28 PM

**Attribution Key**

AN.1 - Amy Ngo, NP on 8/22/2019 5:56 PM
C - Copied, M - Manual, T - Template

**Clinical Notes (group 1 of 4)**

**Assessment & Plan Note**

**Carrie Lynn Blythe, NP at 8/12/2019 5:17 AM**

Author: Carrie Lynn Blythe, NP | Service: Critical Care | Author Type: Nurse Practitioner
Filed: 8/14/2019 12:39 PM | Date of Service: 8/12/2019 5:17 AM | Status: Edited
Editor: Amanda Marie Poskin, NP (Nurse Practitioner)

-[CB.1M]differential includes highly likely sepsis[AP.1M] and[AP.2M] hypovolemia[AP.1M] with orthostatic hypotension[AP.3M]
-abscess drainage with growth of proteus
-antimicrobial coverage with[AP.1M] Augmentin BID[AP.3M]
-CT head without intracranial abnormality
-repeat orthostatic vitals daily
-formal TTE[AP.1M] without valvular abnormalities, LVEF 55-70%, grade I diastolic dysfunction[AP.2M]

Electronically signed by Amanda Marie Poskin, NP at 8/14/2019 12:39 PM